UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIAN BENEVENTO,<br><br>Defendant. | Case No. 2:21-cr-00155-JAD-BNW<br><br>**ORDER**<br><br>ECF No. 21 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Change of Plea hearing currently scheduled for Monday, November 8, 2021 at 11:00 a.m., be vacated and continued to December 13, 2021, at 1:00 p.m.

DATED this 8th day of November 2021.

_____
UNITED STATES DISTRICT JUDGE