# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DARIAN BENEVENTO,<br><br>    Defendant. | Case No. 2:21-cr-00155-JAD-BNW<br><br>**ORDER**<br><br>ECF No. 30 |

Based on the parties' stipulation and good cause appearing IT IS ORDERED that the Sentencing hearing currently scheduled for Monday, March 14, 2022 at 11:00 a.m., be vacated and continued to May 16, 2022, at 3:00 p.m.

DATED this 10th day of March 2022.

_____
UNITED STATES DISTRICT JUDGE