UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARIAN BENEVENTO,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00155-JAD-BNW<br><br>**ORDER**<br><br>ECF No. 32 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Sentencing hearing currently scheduled for Monday, May 16, 2022 at 3:00 p.m., be vacated and continued to July 11, 2022, at 3:00 p.m.

　　　DATED this 10th day of May 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE