## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DARIAN BENEVENTO,<br><br>    Defendant. | Case No.:   2:21-cr-00155-JAD-BNW<br><br>**ORDER**<br><br>ECF NO. 39 |

## ORDER

**IT IS ORDERED** that GABRIEL L. GRASSO, ESQ. is substituted counsel and REBECCA LEVY, FPD. Is no longer counsel for the defendant.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/6/2022