GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BENEVENTO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DARIAN BENEVENTO, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:21-cr-00155-JAD-BNW<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>(SECOND REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Gabriel L. Grasso, Esq, counsel for DARIAN BENEVENTO (BENEVENTO), that the sentencing hearing currently scheduled for July 11, 2022, at 3:00 pm., be vacated and continued to a date and time convenient to this court, but no event earlier than SIXTY (60) days.

Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. Defense counsel has only recently substituted in as counsel of record and within the last few days received discovery from prior counsel.
2. Defense counsel will need the additional time requested to prepare for sentencing.
3. The parties agree to the continuance.
4. BENEVENTO is being held at NSDC Pahrump in pretrial detention and does not object to the continuance.

5.	Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's sentencing and file a Sentencing Memorandum with the court.

6.	This is the second request for a continuance of the sentencing date in this case.

DATED this 30th day of June 2022

RESPECTFULLY SUBMITTED BY:

  /s/ Supriya Prasad               　　　　　　　　　　　　　　  /s/ Gabriel L. Grasso
SUPRIYA PRASAD　　　　　　　　　　　　　　　　　　　　　GABRIEL L. GRASSO
Assistant United States Attorney　　　　　　　　　　　　　Attorney for BENEVENTO

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for BENEVENTO

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DARIAN BENEVENTO,<br><br>　　　　　Defendant. | Case No.:　2:21-cr-00155-JAD-BNW<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>(SECOND REQUEST) |

## FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. Defense counsel has only recently substituted in as counsel of record and within the last few days received discovery from prior counsel.
2. Defense counsel will need the additional time requested to prepare for sentencing
3. The parties stipulate to this continuance.

## CONCLUSIONS OF LAW

Denial of this request for continuance would result in a miscarriage of justice.

3

## **ORDER**

**IT IS ORDERED** that the sentencing hearing currently scheduled for July 11, 2022, at 3:00 p.m., be vacated and continued to September 12, 2022, at 2:00 p.m.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/6/2022 _____