Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Lauren B. Torre
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Lauren_torre@fd.org
Attorney for Darian Benevento

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Darian Benevento,<br><br>　　　　Defendant. | Case No. 2:21-cr-00155-JAD-BNW-1<br><br>**Unopposed Motion for Copies of Non-Public Docket for Appellate Purposes** |

　　　Defendant Darian Benevento, through counsel, moves this Court for an order permitting the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government. The non-public docket is necessary for the parties to assemble and review Mr. Benevento's record for his direct appeal to the Ninth Circuit. *United States v. Darian Benevento,* 9th Cir. No. 22-10319. The non-public docket sheet lists all sealed or restricted documents not viewable on the public docket sheet. From the public docket, counsel has identified missing docket entries: Dkt. Nos. 4, 7.

　　　Without the non-public docket sheet, the parties cannot determine the nature and relevance of the sealed or restricted documents for appeal. Review of the non-public docket sheet will permit the parties to effectively determine which sealed or

restricted documents need to be obtained and reviewed for direct appeal.  If, after reviewing the non-public docket sheet, either party requires review of certain sealed or restricted documents, the party will request such items with specificity in a separate motion.

Access to the non-public docket is, therefore, necessary for counsel to provide constitutionally adequate representation for Mr. Benevento and so the parties can accurately provide and cite to the record on appeal.  *See* Fed. R. App. P. 10(a); 9th Cir. Rules 10-2(b), 28-2.8, and 30-1; *see also*, *e.g.*, *United States v. Knight,* No. 3:19-cr-00038-MMD-CLB, ECF No. 214 (D. Nev. Sept. 28, 2021) (granting unopposed motion for copy of non-public docket for appellate purposes); *United States v. Prior*, No. 3:18-cr-00019-LRH-CLB, ECF No. 315 (D. Nev. Feb. 16, 2022) (same).

For these reasons, undersigned counsel requests the Court order the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government.  A proposed order is attached for the Court's convenience.

The undersigned has contacted counsel for the government, Appellate Chief and Assistant United States Attorney Robert Ellman, and the government does not oppose this motion.

Dated: April 19, 2023.

Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

By:  *s/ Lauren B. Torre*
Lauren B. Torre
Assistant Federal Public Defender

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America, | Case No. 2:21-cr-00155-JAD-BNW-1 |
| Plaintiff, | |
| v. | **Order Permitting Copies of Non-Public Docket for Appellate Purposes** |
| Darian Benevento, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Darian Benevento and counsel for the United States of America.

**Dated**: April 20, 2023.

_____
U.S. DISTRICT COURT JUDGE