**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARIAN BENEVENTO,

Defendant.

Case No. 2:07-cr-00136-JAD-DJA
2:21-cr-00155-JAD-BNW

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing scheduled for October 5, 2026, at 11:30 a.m., be vacated and continued to December 10, 2026, at the hour of 11:30 a.m.

DATED this 15th day of September, 2026.

______________________________
UNITED STATES DISTRICT JUDGE