Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Rick Mula
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Darian Benevento

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States Of America,

Plaintiff,

v.

Darian Benevento,

Defendant.

Case No. 2:07-cr-00136-JAD-DJA
2:21-cr-00155-JAD-BNW

**STIPULATION TO CONTINUE PRELIMINARY HEARING**
(Third Request)

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender Rick Mula, counsel for Darian Benevento, and Attorney General Todd Blanche, Assistant United States Attorney Steven Rose, counsel for the United States Of America, that the Preliminary Hearing currently scheduled for November 30, 2026, at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant of effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the preliminary hearing.

DATED this 23rd day of November, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By */s/ Steven Rose*
STEVEN ROSE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARIAN BENEVENTO,<br>Defendant. | Case No. 2:07-cr-00136-JAD-DJA<br>2:21-cr-00155-JAD-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for November 30, 2026, at 2:00 p.m., be vacated and continued to February 1, 2026, at the hour of 2:00 p.m.

DATED this 23rd day of November, 2026.

UNITED STATES MAGISTRATE JUDGE